# Affidavit of Publication

STATE OF WASHINGTON, } ss.
County of Walla Walla

_____William Thyken_____, being first duly sworn upon oath deposes and says:

I am _____Controller_____ of the Walla Walla Union-Bulletin, Inc., Publisher of the

WALLA WALLA UNION
WALLA WALLA DAILY BULLETIN

approved as a legal newspaper by order of the Superior Court of the State of Washington, in and for Walla Walla County; as such officer I make this affidavit on behalf of said publisher.

The _____legal notice_____, a true copy of which is annexed hereto, was published in the regular issues (and not in supplement form) of said newspaper, for a period of _____6 days_____, commencing on the ___26th___ day of ___August___, 2013, and ending on the ___30th___ day of ___September___, 2013, both dates inclusive, and said newspaper was regularly distributed to its subscribers during all of said period. The full amount of the fee charged for the foregoing publication is the sum of $ __833.13__ ; which amount has been paid in full.

_____

Subscribed and sworn to before me this ___30th___ day of ___September___, 2013.

_____
Notary Public in and for the State of Washington
Residing at Walla Walla, Washington

[Notary Seal: DOUGLAS B. FINCH, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES SEPT. 12, 2016]

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF WASHINGTON
UNITED STATES OF AMERICA,
Plaintiff,
v.
RICHARD D. KEGLEY, RAMON ZAMORA, ZAP BOXING CLUB YOUTH CENTER, RICHARD OF YHVH, OFFICE OF THE FIRST PRESIDING PATRIARCH, JAMIE OF YHVH, OFFICE of the FIRST PRESIDING PATRIARCH, ERIN CAPITAL MANAGEMENT, and WALLA WALLA COUNTY
Defendants.
Civil No. 2:13-cv-05053-EFS
SUMMONS BY PUBLICATION
The United States of America to the said RICHARD D. KEGLEY: YOU ARE HEREBY SUMMONED to appear within sixty (60) days after the date of the first publication of this summons, to wit, that is within sixty (60) days after the 26th day of August, 2013, and defend the above entitled action in the above entitled Court, and answer the Complaint of the plaintiff United States of America, and serve a copy of your answer upon the undersigned attorney for plaintiff United States of America, at his office below stated; and in case of your failure so to do, judgment will be rendered against you according to the demand of the Complaint, which has been filed with the Clerk of said Court. The object of the above entitled action is to reduce to judgment the unpaid federal income tax and civil tax penalty assessments made against Richard D. Kegley and to foreclose on federal tax liens on real property located at 2344 Old Milton Highway, Walla Walla, Washington, with the following legal description: Beginning at a point in the South line of the Northeast Quarter of the Southeast Quarter of Section 2 in Township 6 North of Range 35, East of the Willamette Meridian, which point is 5.74 feet, measured along said South line from the center of the Southeast Quarter of said Section and running thence East, along said South line 100.0 feet; thence North 668.22 feet, more or less, to the North line of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section; thence West along said North line, 100.0 feet; thence South 668.22 feet, more or less, to the point of beginning. Subject to existing road on the South. Situate in the County of Walla Walla, State of Washington. Plaintiff Attorney: JAMES C. STRONG Trial Attorney, U.S. Department of Justice P.O. Box 7238, Ben Franklin Station Washington, D.C. 20044 (Pub. Aug. 26, Sept. 2, 9, 16, 23 & 30, 2013)