KATHRYN KENEALLY
Assistant Attorney General, Tax Division

JESSICA S. REIMELT
U.S. Department of Justice, Tax Division
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2176
Email: jessica.s.reimelt@usdoj.gov
*Attorneys for Plaintiff, United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 13-cv-5053-EFS |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION** |
| | ) | **BETWEEN THE UNITED** |
| RICHARD D. KEGLEY, RAMON | ) | **STATES AND WALLA** |
| ZAMORA, ZAP BOXING YOUTH | ) | **WALLA COUNTY** |
| CENTER, RICHARD OF YHVH, | ) | **CONCERNING INTEREST** |
| OFFICE OF THE FIRST | ) | **IN REAL PROPERTY** |
| PRESIDING PATRIARCH, JAMIE | ) | |
| OF YHVH, OFFICE of the FIRST | ) | Without oral argument |
| PRESIDING PATRIARCH, ERIN | ) | No hearing required (LR 55.1) |
| CAPITAL MANAGEMENT, and | ) | |
| WALLA WALLA COUNTY, | ) | |
| | ) | |
| *Defendants.* | ) | |

Plaintiff United States and Defendant Walla Walla County (the "County"),

by and through their undersigned counsel, respectfully submit this Joint Stipulation

concerning their respective lien interests in real property as set forth below:

1.   On May 1, 2013, the United States filed suit to reduce to judgment federal tax assessments made against Richard Kegley and to foreclose its federal tax liens that encumber a parcel of real property located at 2344 Old Milton Highway, Walla Walla, Washington with the following legal description:

> Beginning at a point in the South line of the Northeast Quarter of the Southeast Quarter of Section 2 in Township 6 North of Range 35, East of the Willamette Meridian, which point is 5.74 feet, measured along said South line from the center of the Southeast Quarter of said Section and running thence East, along said South line 100.0 feet; thence North 668.22 feet, more or less, to the North line of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section; thence West along said North line, 100.0 feet; thence South 668.22 feet, more or less, to the point of beginning. Subject to existing road on the South. Situate in the County of Walla Walla, State of Washington.

(Docket No. 1, ¶ 28.)

2.   The United States named the County as a defendant in this case, pursuant to 26 U.S.C. § 7403(b), as potentially claiming an interest in the property described in paragraph 1 above (the "Property").  (*Id.* at ¶ 10.)

3.   The County has a lien interest in the Property.

4.   On October 31, 2005 and July 10, 2007, the United States filed notices of federal tax lien in the County against Richard Kegley for the liabilities described in paragraphs 13 and 23 of the United States' complaint.

5. The Property is encumbered by liens resulting from unpaid real estate taxes owed to the County for tax years 2011, 2012, 2013, and 2014.

6.   The United States and the County agree that the County's lien interest in the Property arising from the unpaid real estate taxes described in paragraph 5, above, is paramount and superior to the United States' federal tax liens.

7.   Each party agrees to bear its respective attorney's fees.

Dated:  June 5, 2014.

**Counsel for the United States**

MICHAEL C. ORMSBY
United States Attorney

KATHRYN KENEALLY
Assistant Attorney General

JESSICA S. REIMELT
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7238
Washington, D.C. 20044
Telephone: (202) 307-2176
Fax: (202) 514-6770
Email: jessica.s.reimelt@usdoj.gov

**Counsel for Walla Walla County**

JAMES LYLE NAGLE
Walla Walla County Prosecuting
Attorney
240 West Alder, Suite 201
Walla Walla, WA 99362-2807
Telephone:  (509) 524-5445
Fax: (509) 524-5485
Email: jnagle@co.walla-walla.wa.us

IT IS SO ORDERED, THIS  6th  DAY OF  June  , 2014.

**HONORABLE EDWARD F. SHEA**
**UNITED STATES DISTRICT JUDGE**

3