UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>RICHARD D. KEGLEY, RAMON ZAMORA, ZAP BOXING CLUB YOUTH CENTER, ERIN CAPITAL MANAGEMENT, WALLWA WALLA COUNTY, RICHARD of YHVH, Office of the First Presiding Patriarch, JAMIE OF YHVH, Office of the First President Patriarch, ERIN CAPITAL MANAGEMENT, and WALLA WALLA COUNTY,<br><br>                Defendants. | No. CV-13-5053-EFS<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST ERIN CAPITAL MANAGEMENT** |

     Before the Court, without oral argument, is Plaintiff United States of America's ("United States") Motion for Default Judgment Against Erin Capital Management, ECF No. 34, pursuant to Federal Rule of Civil Procedure 55(b)(2). Default was entered against Erin Capital Management on April 24, 2014. ECF No. 27. Erin Capital Management has not appeared, requested that default be set aside, nor responded to this motion for default judgment. Upon reviewing of the file, the Court finds entry of default judgment as requested is appropriate because Erin Capital Management has not contested the foreclosure count asserted by the United States (Count 3).

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion for Default Judgment Against Erin Capital Management, **ECF No. 34**, is **GRANTED**.
2. The Clerk's Office is **DIRECTED** to enter **Judgment** entered against Defendant Erin Capital Management as follows: Any interest that Defendant Erin Capital Management had in the real property located at 2344 Old Milton Highway, Walla Walla, Washington (Beginning at a point in the South line of the Northeast Quarter of the Southeast Quarter of Section 2 in Township 6 North of Range 35, East of the Willamette Meridian, which point is 5.74 feet, measured along said South line from the center of the Southeast Quarter of said Section and running thence East, along said South line 100.0 feet; thence North 668.22 feet, more or less, to the North line of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section; thence West along said North line, 100.0 feet; thence South 668.22 feet, more or less, to the point of beginning. Subject to existing road on the South. Situate in the County of Walla Walla, State of Washington) is extinguished, including any interest that Erin Capital Management may or did obtain as a result of the judgment lien against Jamie Whittington and the Whittington marital community in Walla Walla County, Washington,

///

//

/

ORDER **-** 2

1       concerning this subject real property.  Accordingly, Erin
2       Capital Management has no interest in the subject real
3       property

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel and pro se parties.

**DATED** this   10th   day of July 2014.


                    s/Edward F. Shea
                    EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Civil\2013\5053.default.judgment.lc1.docx

ORDER **-** 3