AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA,

    *Plaintiff*

v.

RICHARD D. KEGLEY, et al

    *Defendant*

Civil Action No.  CV-13-5053-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Shea  on a motion for

    Default Judgment against Defendant Erin Capital Mangement as follows: Any interest that Defendant Erin Capital Mangement had in the real real property located at 2344 Old Milton Highway, Walla Walla, Washington (Begining at a point in the South line of the Northest Quarter of the Southeast Quarter of Section 2 in Township 5 Morth of Range 35, East of the Willamette Meridian, which point is 5.74 feet, measured along said South line from the center of the Southeast Quarter of said Section and running thence East, along said South line 100.0 feet; thence North 668.22 feet, more or less, to the North line of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section; thence West along said North line, 100.0 feet; thence South 668.00 feet, more or less, to the pont of the beginning.  Subject to existing road on the South.  Situate in the County of Walla Walla, State of Washington) is extinguished, including any interest that Erin Capital Mangement may or did obtain as a result of the judgment lien against Jamie Whittington and the Whittington marital community in Walla Walla County, Washington, concerning this subject real property.  Accordingly, Erin Capital Managment has no interest in the subject real property.

Date: July 11, 2014

    *CLERK OF COURT*

    SEAN F. McAVOY

    s/ Cheryl Cambensy
    *(By) Deputy Clerk*

    Cheryl Cambensy