UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RICHARD D. KEGLEY, RAMON ZAMORA, ZAP BOXING CLUB YOUTH CENTER, ERIN CAPITAL MANAGEMENT, WALLA WALLA COUNTY, RICHARD of YHVH, Office of the First Presiding Patriarch, JAMIE OF YHVH, Office of the First President Patriarch, ERIN CAPITAL MANAGEMENT, and WALLA WALLA COUNTY,<br><br>                    Defendants. | No.  CV-13-5053-EFS<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST RICHARD OF YHVH, OFFICE OF THE FIRST PRESIDING PATRIARCH, AND JAMIE OF YHVH, OFFICE OF THE FIRST PRESIDING PATRIARCH** |

    Before the Court, without oral argument, is Plaintiff United States of America's ("United States") Motion for Default Judgment Against Richard of YHVH, Office of the First Presiding Patriarch, and Jamie of YHVH, Office of the First Presiding Patriarch, ECF No. 49, pursuant to Federal Rule of Civil Procedure 55(b)(2).  Default was entered against Richard of YHVH and Jamie of YHVH on June 5, 2014. ECF Nos. 32 & 33.  Richard of YHVH and Jamie of HYVH have not

ORDER - 1

appeared, requested that default be set aside, nor responded to this motion for default judgment.[1]

Upon reviewing the file, the Court finds entry of default judgment as requested is appropriate because Richard of YHVH and Jamie of HYVH have not contested the foreclosure count asserted by the United States (Count 3).

Accordingly, **IT IS HEREBY ORDERED**:

1.  The United States' Motion for Default Judgment Against Richard of YHVH and Jamie of YHVH, **ECF No. 49**, is **GRANTED**.
2.  The Clerk's Office is **DIRECTED** to enter **Judgment** against Defendants Richard of YHVH and Jamie of YHVH as follows: Any interest that Defendants Richard of YHVH and Jamie of YHVH had in the real property located at 2344 Old Milton Highway, Walla Walla, Washington (Beginning at a point in the South line of the Northeast Quarter of the Southeast Quarter of Section 2 in Township 6 North of Range 35, East of the Willamette Meridian, which point is 5.74 feet, measured along said South line from the center of the Southeast Quarter of said Section and running thence East,

---

[1] Defendant Richard D. Kegley filed a "private communication" letter on January 5, 2015, in which Mr. Kegley challenges the constitutionality of the Federal Reserve and the employed U.S. currency and financial systems. ECF No. 51. If Mr. Kegley seeks Court relief pertaining to the matters that he discussed in his letter, he must file a properly noted motion. *See* LR 7.1.

ORDER **-** 2

along said South line 100.0 feet; thence North 668.22 feet, more or less, to the North line of the Southwest Quarter of the Northeast Quarter of the Southeast Quarter of said Section; thence West along said North line, 100.0 feet; thence South 668.22 feet, more or less, to the point of beginning. Subject to existing road on the South. Situate in the County of Walla Walla, State of Washington) is extinguished. Accordingly, Richard of YHVH and Jamie of YHVH have no interest in the subject real property

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel and pro se parties.

**DATED** this  15th  day of January 2015.

                                               s/Edward F. Shea
                                               EDWARD F. SHEA
                               Senior United States District Judge

Q:\EFS\Civil\2013\5053.default.judgment.yhvh.lc1.docx

ORDER **-** 3