AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA,

*Plaintiff*

v.

RICHARD D. KEGLEY, et al.,

Civil Action No. CV-13-5053-EFS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court's Order filed January 15, 2015, ECF No. 52, Judgment is entered against Defendants Richard of YHVH and Jamie of YHVH as follows: Any interest that Defendants Richard of YHVH and Jamie of YHVH had in the real property located at 2344 Old Milton Highway, Walla Walla, Washington (see Order for full legal description) is extinguished. Richard of YHVH and Jamie of YHVH have no interest in the subject real property.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for Default Judgment.

Date: January 15, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas